William Frank JONES, Jr., Appellant,

v.

Dale WEST, Deputy Prosecuting Attorney, Jefferson County, Arkansas, Defendant,

J. Zuber, Detective, Pine Bluff Police Department; K.L. Sergeant, Detective, Pine Bluff Police Department; Dick Madsen, Detective, Pine Bluff Police Department, originally sued as Dick Madson; J.P. Harrell, Detective, Pine Bluff Police Department; Calhoun, Detective, Pine Bluff Police Department; John Does, 1—aka Agent 1093, aka Dilipkiman Petal (owner) and

John Doe 2—aka (Owner) Foster Towing & Recovery, Inc., John Doe 3 and John Doe 4—aka Manager, Motel 65, Appellees,

Berlin Jones, Circuit Judge of Jefferson County, Arkansas; Betty Dickey, Ex-Prosecuting Attorney, Jefferson County, Arkansas; Steven Dalrylmple, Prosecuting Attorney, Jefferson County, Arkansas; Fred D. Davis, III, Hon., Circuit/Chancery Judge, Jefferson County, Arkansas, Defendants,

Brenda Hardin, Deputy–Clerk, Jefferson County Circuit Court Clerk's Office, Appellee.

No. 01–3139.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 3, 2002.

Decided Oct. 8, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

Arkansas inmate William Frank Jones appeals following the district court's[1] dismissals and adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful de novo review, *see Schaller Tel. Co. v. Golden Sky Sys.*, 298 F.3d 736,

---

1. The Honorable Garnett Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

740 (8th Cir.2002) (Fed.R.Civ.P. 12(b)(6)); *Kelly v. Kluck,* 249 F.3d 773, 777 (8th Cir.2001) (summary judgment), we conclude that the district court did not err in dismissing some claims and granting summary judgment on others. We further conclude the district court did not abuse its discretion in refusing to enter default judgment, and in denying Jones a pretrial hearing.

Accordingly, we affirm. *See* 8th Cir. R. 47B. Jones's motions for appointment of counsel and for transfer to another prison are denied.